UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DARLING JENNIFER MICHAELS YEPES,<br><br>              Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and DOES I-X, inclusive,,<br><br>              Defendants. | Case No. 2:16-cv-02240-APG-CWH<br><br>**ORDER DENYING MOTION TO REMAND**<br><br>(ECF No. 9) |

       Plaintiff filed a motion to remand this case to the state court. ECF No. 9. Defendant State Farm filed an opposition. ECF No. 17. State Farm's removal papers and opposition lay out the factual bases for this court's exercise of diversity jurisdiction over this matter. The plaintiff previously made a demand for the $50,000 policy limits. The plaintiff's lawsuit seeks to recover that amount, plus extra-contractual damages for State Farm's alleged bad faith. The amount in controversy exceeds $75,000. Therefore, this court has diversity jurisdiction over this case, and State Farm's removal of the case was proper.

       IT IS THEREFORE ORDERED that the plaintiff's Motion to Remand **(ECF No. 9) is DENIED.**

       DATED this 10th day of January, 2017.

                                                                                   ANDREW P. GORDON<br>                                                                                   UNITED STATES DISTRICT JUDGE