ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 03062
Email: Robert.Freeman@lewisbrisbois.com
PAMELA L. MCGAHA, ESQ.
Nevada Bar No. 08181
Email: Pamela.McGaha@lewisbrisbois.com
CHERYL A. GRAMES, ESQ.
Nevada Bar No. 12752
Email: Cheryl.Grames@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant
State Farm Mutual Automobile Insurance
Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DARLING JENNIFER MICHAELS YEPES, | CASE NO.: 2:16-cv-2240-APG-CWH |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and DOES I-X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED and AGREED between Plaintiff DARLING JENNIFER MICHAELS YEPES ("Plaintiff"), by and through her counsel, VANNAH & VANNAH, and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"), by and through its counsel, LEWIS BRISBOIS BISGAARD &

/ / /
/ / /
/ / /
/ / /
/ / /

4835-7396-3363.1

SMITH LLP, that all of Plaintiff's claims and causes of action against Defendant in the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

DATED this 25 day of April, 2018.

**VANNAH & VANNAH**

/s/ Robert D. Vannah

ROBERT D. VANNAH, ESQ.
Nevada Bar No. 02503
JOHN B. GREENE. ESQ.
Nevada Bar No. 00427
400 S. Seventh Street, Suite 400
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

DATED this 16 day of April, 2018.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

/s/ Robert W. Freeman

ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 03062
PAMELA L. MCGAHA. ESQ.
Nevada Bar No. 08181
CHERYL A. GRAMES, ESQ.
Nevada Bar No. 12752
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*

<u>ORDER</u>

IT IS SO ORDERED.

Dated: May 18, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE

4835-7396-3363.1    2